## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: : Bankruptcy No. 21-22628-CMB
:
**Erica L. Michael,** : Chapter 7
:
Debtor :
: Related to Document No. 10
**Erica L. Michael,** :
:
Movant :
:
vs. :
:
**Robert H. Slone, Esquire,** :
Chapter 7 Trustee, :
Respondent :

## **ORDER**

**AND NOW**, on this ___23rd___ day of _____December_____, 2021, upon

consideration of the Motion of the above reference Debtor(s), praying for an extension of

time within which to Complete the Bankruptcy Filing, and it appearing from the Motion

that good cause exists for granting the relief prayed. It is hereby:

   **ORDERED, ADJUDGED and DECREED** that the time for the Debtor(s) to file her

Completed Schedules, Pay Advices and Declaration Regarding Electronic Filing be

hereby extended to and including January 7, 2022.

BY THE COURT:

_Carlota M. Böhm_ **glb**
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
12/23/21 2:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 21-22628-CMB

Erica L Michael                                                                                      Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Dec 23, 2021 | Form ID: pdf900 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erica L Michael, 1 3rd Avenue, Point Marion, PA 15474-1248 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15438382 | + | Aes/cit Ed, Pob 61047, Harrisburg, PA 17106-1047 |
| 15438384 | | BBVA Compass, Pnc Cb Investigations, Cleveland, OH 44101 |
| 15438389 | + | Equity Resources Inc, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 15438390 | + | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15438395 | + | Wells Fargo Education Fncl Srvs, Po Box 5119, Sioux Falls, SD 57117-5119 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 23 2021 22:46:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 23 2021 22:38:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15438383 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 23 2021 22:38:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15438386 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 23 2021 22:37:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 15438385 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 23 2021 22:46:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15438387 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 23 2021 22:38:00 | Comenity Bank/Dress Barn, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15438388 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 23 2021 22:38:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15438390 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 23 2021 22:38:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15438598 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2021 22:46:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15438391 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2021 22:46:51 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15438392 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2021 22:46:51 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15438393 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2021 22:46:52 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15438394 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2021 22:46:52 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |

District/off: 0315-2                                    User: dpas                                    Page 2 of 2
Date Rcvd: Dec 23, 2021                          Form ID: pdf900                          Total Noticed: 18
TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNSYLVANIA EQUITY RESOURCES, INC. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 25, 2021                    Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNSYLVANIA EQUITY RESOURCES  INC. bnicholas@kmllawgroup.com |
| Lawrence W. Willis | on behalf of Debtor Erica L Michael ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com  rslone@pulsenet.com;pa07@ecfcbis.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 5