# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Erica L Michael** _____    Case No.    **21-22628** _____

                                         Debtor(s)    Chapter    **7** _____

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  **Erica L Michael** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐     I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐     I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑     I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date   **January 6, 2022** _____        Signature    **/s/ Erica L Michael** _____
                                                              **Erica L Michael**
                                                               Debtor

# Earnings Statement

**ERICA MICHAEL**

Company: 0FO66 - PACE ENTERPRISES OF WEST
VIRGINIA INC

| | |
|---|---|
| Pay Date: | 11/24/2021 |
| Period Start: | 11/07/2021 |
| Period End: | 11/20/2021 |

889 MYLAN PARK LN
MORGANTOWN  WV  26501    (304) 983-7223

Emp #: 1624
Dept: 010 - Administration
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 19.30 | 79.75 | 1539.18 | 28816.37 |
| Weighted OT | 28.95 | 3.00 | 86.85 | 215.34 |
| Holiday | 19.30 | 0.00 | 0.00 | 1203.20 |
| Personal | 19.30 | 0.00 | 0.00 | 296.21 |
| Sick Non-Exempt 1 | 19.30 | 0.00 | 0.00 | 1536.11 |
| Vacation Non-Exempt 1 | 19.30 | 0.00 | 0.00 | 4478.83 |
| Retroactive | | | 0.00 | 600.00 |
| **Gross** | | 82.75 | 1626.03 | 37146.06 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 155.48 | 3506.14 |
| Medicare | | | 21.92 | 498.72 |
| Social Security | | | 93.71 | 2132.46 |
| Penn. State W/H(S/0) | | | 59.40 | 1367.88 |
| West Virginia W/H(S/0) | | | 0.00 | 0.00 |
| **Deductions** | | | | |
| Dental Insurance | | | 4.87 | 116.88 |
| Health Sav Acct | | | 45.00 | 1080.00 |
| Medical Deduction | | | 60.00 | 1440.00 |
| United Way | | | 5.00 | 120.00 |
| Vision Insurance | | | 4.78 | 114.72 |
| **Net Pay** | | | 1175.87 | 26769.26 Voucher No. 347295504DD |

**Net Pay Distribution**

| | Current Period | Year To Date |
|---|---|---|
| Direct Deposit Net Check | 1155.87 | 26289.26 A/C:0862 |
| Direct Dep. Distribution 1 | 20.00 | 480.00 A/C:9413 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Employer HSA Contribution * | 15.00 | 360.00 | *Memo Only | |
| Employer Medical Contribution * | 263.08 | 6313.92 | *Memo Only | |
| Bereavement Hours ** | | 32.00 | 0.00 | 32.00 |
| Personal Time Hours ** | | 16.00 | 16.00 | 0.00 |
| Sick Non Exempt Hours | 3.08 | 45.82 | 40.00 | 5.82 |
| Vacation Non Exempt Hours | 6.15 | 144.56 | 132.75 | 11.81 |

**Accruals balances are accurate as of processing 11/22/2021 12:51 pm

# Earnings Statement

**ERICA MICHAEL**

| | | |
|---|---|---|
| Pay Date: | 11/12/2021 | Company: 0FO66 - PACE ENTERPRISES OF WEST |
| Period Start: | 10/24/2021 | VIRGINIA INC |
| Period End: | 11/06/2021 | 889 MYLAN PARK LN |
| | | MORGANTOWN  WV  26501   (304) 983-7223 |

Emp #: 1624
Dept: 010 - Administration
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 19.30 | 61.50 | 1186.95 | 27277.19 |
| Weighted OT | 28.96 | 0.00 | 0.00 | 128.49 |
| Holiday | 19.30 | 0.00 | 0.00 | 1203.20 |
| Personal | 19.30 | 0.00 | 0.00 | 296.21 |
| Sick Non-Exempt 1 | 19.30 | 0.25 | 4.83 | 1536.11 |
| Vacation Non-Exempt 1 | 19.30 | 10.50 | 202.65 | 4478.83 |
| Retroactive | | | 75.00 | 600.00 |
| **Gross** | | 72.25 | 1469.43 | 35520.03 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 136.69 | 3350.66 |
| Medicare | | | 19.64 | 476.80 |
| Social Security | | | 84.00 | 2038.75 |
| Penn. State W/H(S/0) | | | 54.59 | 1308.48 |
| West Virginia W/H(S/0) | | | 0.00 | 0.00 |
| **Deductions** | | | | |
| Dental Insurance | | | 4.87 | 112.01 |
| Health Sav Acct | | | 45.00 | 1035.00 |
| Medical Deduction | | | 60.00 | 1380.00 |
| United Way | | | 5.00 | 115.00 |
| Vision Insurance | | | 4.78 | 109.94 |
| **Net Pay** | | | 1054.86 | 25593.39 Voucher No. 345095964DD |

**Net Pay Distribution**

| | Current Period | Year To Date | |
|---|---|---|---|
| Direct Deposit Net Check | 1034.86 | 25133.39 | A/C:0862 |
| Direct Dep. Distribution 1 | 20.00 | 460.00 | A/C:9413 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Employer HSA Contribution * | 15.00 | 345.00 | *Memo Only | |
| Employer Medical Contribution * | 263.08 | 6050.84 | *Memo Only | |
| Bereavement Hours ** | | 32.00 | 0.00 | 32.00 |
| Personal Time Hours ** | | 16.00 | 16.00 | 0.00 |
| Sick Non Exempt Hours | 2.78 | 42.74 | 40.00 | 2.74 |
| Vacation Non Exempt Hours | 5.56 | 138.40 | 132.75 | 5.65 |

**Accruals balances are accurate as of processing 11/10/2021 11:39 am

# Earnings Statement

**ERICA MICHAEL**

| | |
|---|---|
| Pay Date: | 10/29/2021 |
| Period Start: | 10/10/2021 |
| Period End: | 10/23/2021 |

Company: 0FO66 - PACE ENTERPRISES OF WEST
VIRGINIA INC
889 MYLAN PARK LN
MORGANTOWN  WV  26501    (304) 983-7223

Emp #: 1624
Dept: 010 - Administration
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 19.30 | 46.00 | 887.80 | 26090.24 |
| Weighted OT | 28.96 | 0.00 | 0.00 | 128.49 |
| Holiday | 19.30 | 0.00 | 0.00 | 1203.20 |
| Personal | 19.30 | 0.00 | 0.00 | 296.21 |
| Sick Non-Exempt 1 | 19.30 | 0.00 | 0.00 | 1531.28 |
| Vacation Non-Exempt 1 | 19.30 | 34.00 | 656.20 | 4276.18 |
| Retroactive | | | 0.00 | 525.00 |
| **Gross** | | 80.00 | 1544.00 | 34050.60 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 145.64 | 3213.97 |
| Medicare | | | 20.73 | 457.16 |
| Social Security | | | 88.62 | 1954.75 |
| Penn. State W/H(S/0) | | | 56.88 | 1253.89 |
| West Virginia W/H(S/0) | | | 0.00 | 0.00 |
| **Deductions** | | | | |
| Dental Insurance | | | 4.87 | 107.14 |
| Health Sav Acct | | | 45.00 | 990.00 |
| Medical Deduction | | | 60.00 | 1320.00 |
| United Way | | | 5.00 | 110.00 |
| Vision Insurance | | | 4.78 | 105.16 |
| **Net Pay** | | | 1112.48 | 24538.53 |

Voucher No. 341982545DD

**Net Pay Distribution**

| | Current Period | Year To Date | |
|---|---|---|---|
| Direct Deposit Net Check | 1092.48 | 24098.53 | A/C:0862 |
| Direct Dep. Distribution 1 | 20.00 | 440.00 | A/C:9413 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Employer HSA Contribution * | 15.00 | 330.00 | *Memo Only | |
| Employer Medical Contribution * | 263.08 | 5787.76 | *Memo Only | |
| Bereavement Hours ** | | 32.00 | 0.00 | 32.00 |
| Personal Time Hours ** | | 16.00 | 16.00 | 0.00 |
| Sick Non Exempt Hours | 3.08 | 39.96 | 39.75 | 0.21 |
| Vacation Non Exempt Hours | 6.15 | 132.85 | 122.25 | 10.60 |

**Accruals balances are accurate as of processing 10/27/2021 11:30 am

# Earnings Statement

ERICA MICHAEL

Company: 0FO66 - PACE ENTERPRISES OF WEST
VIRGINIA INC
889 MYLAN PARK LN
MORGANTOWN  WV  26501    (304) 983-7223

| | |
|---|---|
| Pay Date: | 10/15/2021 |
| Period Start: | 09/26/2021 |
| Period End: | 10/09/2021 |

Emp #: 1624
Dept: 010 - Administration
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 19.30 | 72.00 | 1389.60 | 25202.44 |
| Weighted OT | 28.96 | 0.00 | 0.00 | 128.49 |
| Holiday | 19.30 | 0.00 | 0.00 | 1203.20 |
| Personal | 19.30 | 0.00 | 0.00 | 296.21 |
| Sick Non-Exempt 1 | 19.30 | 0.00 | 0.00 | 1531.28 |
| Vacation Non-Exempt 1 | 19.30 | 8.00 | 154.40 | 3619.98 |
| Retroactive | | | 75.00 | 525.00 |
| **Gross** | | **80.00** | **1619.00** | **32506.60** |

| W/H Taxes | Current Period | Year To Date |
|---|---|---|
| Federal W/H(S/0) | 154.64 | 3068.33 |
| Medicare | 21.81 | 436.43 |
| Social Security | 93.26 | 1866.13 |
| Penn. State W/H(S/0) | 59.18 | 1197.01 |
| West Virginia W/H(S/0) | 0.00 | 0.00 |

| Deductions | Current Period | Year To Date |
|---|---|---|
| Dental Insurance | 4.87 | 102.27 |
| Health Sav Acct | 45.00 | 945.00 |
| Medical Deduction | 60.00 | 1260.00 |
| United Way | 5.00 | 105.00 |
| Vision Insurance | 4.78 | 100.38 |
| **Net Pay** | **1170.46** | **23426.05** Voucher No. 339209539DD |

| Net Pay Distribution | Current Period | Year To Date | |
|---|---|---|---|
| Direct Deposit Net Check | 1150.46 | 23006.05 | A/C:0862 |
| Direct Dep. Distribution 1 | 20.00 | 420.00 | A/C:9413 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Employer HSA Contribution * | 15.00 | 315.00 | *Memo Only | |
| Employer Medical Contribution * | 263.08 | 5524.68 | *Memo Only | |
| Bereavement Hours ** | | 32.00 | 0.00 | 32.00 |
| Personal Time Hours ** | | 16.00 | 16.00 | 0.00 |
| Sick Non Exempt Hours | 3.08 | 36.89 | 39.75 | -2.86 |
| Vacation Non Exempt Hours | 6.15 | 126.69 | 88.25 | 38.44 |

**Accruals balances are accurate as of processing 10/13/2021 12:41 pm