Certificate Number: 05781-PAW-DE-036322402

Bankruptcy Case Number: 21-22628



05781-PAW-DE-036322402

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 10, 2022, at 12:14 o'clock PM PST, Erica Michael completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 10, 2022              By:    /s/Allison M Geving

                                       Name:  Allison M Geving

                                       Title: President