**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 21-22628-CMB |
| | : | |
| Erica L. Michael, | : | Chapter 7 |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify under penalty of perjury that I served the *Docket Text at Docket Number 20* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated February 15, 2022             By: /s/ Lawrence Willis Esquire
                                                                       Lawrence W Willis, Esquire
                                                                       PA I.D. # 85299
                                                                       Willis & Associates
                                                                       201 Penn Center Blvd
                                                                       Pittsburgh, PA 15235
                                                                       Tel: 412.235.1721
                                                                       Fax: 412.542.1704
                                                                       lawrencew@urfreshstrt.com
                                                                       Attorney for Debtors

MATRIX

Erica Michael
1 3rd Avenue
Point Marion, PA 15474

**Robert H. Slone, Trustee**
223 South Maple Avenue
Greensburg, PA 15601