**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Erica L Michael<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5850<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:    21–22628–CMB

# Order of Discharge                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Erica L Michael

4/20/22                                                                By the court:    Carlota M. Bohm
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Erica L Michael  
    Debtor

Case No. 21-22628-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 20, 2022      Form ID: 318      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erica L Michael, 1 3rd Avenue, Point Marion, PA 15474-1248 |
| 15438382 | + | Aes/cit Ed, Pob 61047, Harrisburg, PA 17106-1047 |
| 15438384 | | BBVA Compass, Pnc Cb Investigations, Cleveland, OH 44101 |
| 15444795 | + | Berkheimer & Associates, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 15438389 | + | Equity Resources Inc, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 15444803 | + | PHEAA, 1200 North Seventh Street, Harrisburg, PA 17102-1444 |
| 15444806 | + | PNC Bank, 300 4th Avenue, Pittsburgh, PA 15222-2001 |
| 15444808 | + | Port Marion Borough, PO BOX 236, Point Marion, PA 15474-0236 |
| 15444813 | + | Transworld Systems Inc, Po Box 17157, Wilmington, DE 19850-7157 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 21 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2022 23:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 21 2022 03:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2022 23:34:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Apr 21 2022 03:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 20 2022 23:34:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15438382 | + | Email/Text: bncnotifications@pheaa.org | Apr 20 2022 23:34:00 | Aes/cit Ed, Pob 61047, Harrisburg, PA 17106-1047 |
| 15438383 | + | EDI: TSYS2 | Apr 21 2022 03:38:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15438386 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 20 2022 23:33:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15438385 | + | EDI: CAPITALONE.COM | Apr 21 2022 03:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15438387 | + | EDI: WFNNB.COM | Apr 21 2022 03:38:00 | Comenity Bank/Dress Barn, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15438388 | + | EDI: WFNNB.COM | Apr 21 2022 03:38:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15438390 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 20 2022 23:34:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15444803 | + | Email/Text: bncnotifications@pheaa.org | Apr 20 2022 23:34:00 | PHEAA, 1200 North Seventh Street, Harrisburg, PA 17102-1444 |
| 15444805 |  | Email/Text: Bankruptcy.Notices@pnc.com | Apr 20 2022 23:33:00 | PNC Bank, 1 National City Parkway, Kalamazoo, MI 49009 |
| 15444804 |  | Email/Text: Bankruptcy.Notices@pnc.com | Apr 20 2022 23:33:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15444807 |  | Email/Text: Bankruptcy.Notices@pnc.com | Apr 20 2022 23:33:00 | PNC Bank, PO Box 94982, Cleveland, OH 44101 |
| 15438598 | + | EDI: RMSC.COM | Apr 21 2022 03:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15438391 | + | EDI: RMSC.COM | Apr 21 2022 03:38:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15438392 | + | EDI: RMSC.COM | Apr 21 2022 03:38:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15438393 | + | EDI: RMSC.COM | Apr 21 2022 03:38:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15438394 | + | EDI: RMSC.COM | Apr 21 2022 03:38:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15438395 | + | EDI: WFFC.COM | Apr 21 2022 03:38:00 | Wells Fargo Education Fncl Srvs, Po Box 5119, Sioux Falls, SD 57117-5119 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PENNSYLVANIA EQUITY RESOURCES, INC. |
| 15444792 | *+ | Aes/cit Ed, Pob 61047, Harrisburg, PA 17106-1047 |
| 15444794 | * | BBVA Compass, Pnc Cb Investigations, Cleveland, OH 44101 |
| 15444793 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15444797 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 15444796 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15444798 | *+ | Comenity Bank/Dress Barn, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15444799 | *+ | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15444800 | *+ | Equity Resources Inc, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 15444801 | *+ | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15444809 | *+ | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15444810 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15444811 | *+ | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15444812 | *+ | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15444814 | *+ | Wells Fargo Education Fncl Srvs, Po Box 5119, Sioux Falls, SD 57117-5119 |
| 15444802 | ##+ | Mon Health Medical Center, 1200 J D Anderson Dr, Morgantown, WV 26505-3494 |

TOTAL: 1 Undeliverable, 14 Duplicate, 1 Out of date forwarding address

District/off: 0315-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 20, 2022 | Form ID: 318 | Total Noticed: 28

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2022                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNSYLVANIA EQUITY RESOURCES INC. bnicholas@kmllawgroup.com |
| Lawrence W. Willis | on behalf of Debtor Erica L Michael ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | on behalf of Trustee Robert H. Slone Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6