**Form 129**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Erica L Michael**
    Debtor(s)

Bankruptcy Case No.: 21−22628−CMB

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

Robert H. Slone, Trustee is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: May 11, 2022

Carlota M. Bohm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 21-22628-CMB

Erica L Michael                                                                                   Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: admin                                    Page 1 of 2

Date Rcvd: May 11, 2022                       Form ID: 129                                Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2022:**

**Recip ID**     **Recipient Name and Address**

db                    +   Erica L Michael, 1 3rd Avenue, Point Marion, PA 15474-1248

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2022 at the address(es) listed below:**

**Name**     **Email Address**

Brian Nicholas
                     on behalf of Creditor PENNSYLVANIA EQUITY RESOURCES  INC. bnicholas@kmllawgroup.com

Lawrence W. Willis
                     on behalf of Debtor Erica L Michael ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
                     ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
                     robertslone223@gmail.com  rslone@pulsenet.com;pa07@ecfcbis.com

Robert H. Slone, Trustee
                     on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com

S. James Wallace
                     on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

District/off: 0315-2                                    User: admin                                    Page 2 of 2
Date Rcvd: May 11, 2022                                 Form ID: 129                                    Total Noticed: 1
TOTAL: 6